**ZANDRA L. LOPEZ**
California State Bar No. 216567
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Zandra_Lopez@fd.org

Attorneys for Mr. Valdovinos-Cardoza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PEDRO VALDOVINOS-CARDOZA,<br>Defendant. | ) | CASE NO. 07MJ2702<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: November 26, 2007

*/s/ ZANDRA L. LOPEZ*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: November 26, 2007

*/s/ ZANDRA L. LOPEZ*

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Zandra_Lopez@fd.org (email)